# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2021 KW 0919

VERSUS

CHRISTOPHER BUCKENBERGER                        **NOVEMBER 29, 2021**

---

In Re:    Christopher   Buckenberger,   applying   for   supervisory
          writs,  22nd  Judicial  District  Court,  Parish  of  St.
          Tammany, No. 410,991.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

        **WRIT DENIED.**

                              JMG
                              GH
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT